**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARY MILLER, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**CITY OF PHILADELPHIA, *et al.*,**<br>**Defendants.** | **CIVIL ACTION NO. 25-7146** |

**ORDER**

**AND NOW**, this 31st day of August 2026, upon consideration of Defendants' Motion to Dismiss, and the parties' briefing in support and opposition thereof, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss [Doc. No. 5] is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is **GRANTED** as to Counts 2, 3, and 4. Those claims are hereby **DISMISSED** without prejudice, and with leave to amend. The Clerk of Court is directed to terminate the City of Philadelphia's status as an active party in this case.

2. The Motion is **DENIED** as to Count 1. Count 1 remains as to Defendants Berthcsi and Heng.

3. Plaintiffs are hereby **ORDERED** to show cause no later than **September 14, 2026,** why Defendant Doe should not be dismissed from the case without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Based on the reasoning in the accompanying Memorandum Opinion, if Defendant Doe were dismissed, Plaintiffs would have leave to later file a second amended complaint adding Defendant Doe as a party to the extent his identity is revealed through discovery.

4. Plaintiffs may file an amended complaint no later than **September 30, 2026**. If Plaintiffs do not file an amended complaint, Defendants Berthcsi and Heng shall file an answer to the remaining claim no later than **21** days after **September 30, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**